# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Stephanie Peck, et al.

                                Plaintiff,

v.                                                   Case No.: 1:06−cv−01153
                                                                     Honorable Robert W. Gettleman

West Aurora School District 129, et al.

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, November 21, 2006:

      MINUTE entry before Judge Robert W. Gettleman :Status hearing held on 11/21/2006 Status hearing set for 11/30/2006 at 09:00 AM.Mailed notice(gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.