## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 1153 | **DATE** | 11/30/2006 |
| **CASE TITLE** | Stephanie Peck    v    West Aurora School District 129, et al | | |

**DOCKET ENTRY TEXT:**

Status hearing held. By agreement, this cause is dismissed with prejudice and without costs with leave to reinstate on or before 1/16/2007. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 1/17/2007. The Court retains jurisdiction to enforce the settlement.

[Docketing to mail notice]

00:03

| | Courtroom Deputy | |
|---|---|---|